_____
                                    :
JUTTNER                             :    UNITED STATES DISTRICT COURT
                                    :
                                    :    DISTRICT OF NEW JERSEY
            Plaintiff(s)            :
                                    :
                                    :      Hon. Jose L. Linares
            -vs-                    :    Civil Action No. 06-3879  (JLL)
                                    :
CITY OF PLAINFIELD                  :
                                    :           ORDER
                                    :
            Defendant(s)            :
                                    :
_____        :


    **IT IS on this 18th day of February, 2009**

    **ORDERED THAT** the time of the in person settlement conference on February 24, 2009
is rescheduled from 2:00 p.m. to **11:30 a.m.**

                                    *s/ Claire C. Cecchi*_____
                                    **HON. CLAIRE C. CECCHI**
                                    **United States Magistrate Judge**


Clerk of the Court
File