| | |
|---|---|
| **JUTTNER** | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| **Plaintiff(s)** | |
| | Hon. Jose L. Linares |
| -vs- | Civil Action No. 06-3879 (JLL) |
| **CITY OF PLAINFIELD** | |
| | ORDER |
| **Defendant(s)** | |

**IT IS** on this 8th day of April, 2009

**ORDER** rescheduling the in person settlement conference from April 9, 2009 at 2:30 p.m. to **June 23, 2009 at 10:30 a.m.** at the Martin Luther King Jr, Federal Bldg. & U.S. Courthouse, 50 Walnut Street, Courtroom 2B, Newark, New Jersey 07102.

*s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**

Clerk of the Court
File