# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**CLOSED**

| | |
|---|---|
| ANDREW J. JUTTNER, | Civil Action No.: 06-3879 (JLL) |
| Plaintiff(s), | |
| v. | **ORDER** |
| CITY OF PLAINFIELD, | |
| Defendant(s). | |

It appearing that it has been reported to the Court that the above captioned matter has been settled:

**It is on this 9TH day of FEBRUARY, 2011;**

**ORDERED**, that this action be and hereby is dismissed without costs and without prejudice to the right, upon good cause shown within **90** days, to reopen the action if the settlement is not consummated.

_____
JOSE L. LINARES, U.S.D.J.